# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| City of Taylor Police and Fire Retirement System Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>St. Jude Medical, Inc.; Daniel J. Starks; John Heinmiller;<br><br>　　　　　　Defendants,<br><br>Building Trades United Pension Trust Fund,<br><br>　　　　　　Movant. | Crim. No. 10-851 (JNE/JJK)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL** |

Having considered Movant the Building Trades United Pension Trust Fund's Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel (Doc. No. 3), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

　　1.　Movant the Building Trades United Pension Trust Fund's Motion for Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel (Doc. No. 3), is **GRANTED**;

　　2.　The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), hereby appoints the Building Trades United Pension Trust Fund as Lead Plaintiff.  On or before **June**

**25, 2010**, Lead Plaintiff shall file an Amended Complaint establishing itself as Lead Plaintiff in this matter and incorporating any of Lead Plaintiff's claims against Defendants;

3. After Lead Plaintiff has filed the Amended Complaint as required by paragraph 2 of this Order, the Clerk's Office is directed to adjust the caption in this matter so that the Building Trades United Pension Trust Fund is designated as "Lead Plaintiff"; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd, L.L.P., as lead counsel and Zimmerman Reed, P.L.L.P., as liaison counsel for the class is approved.

Date: June 16, 2010

          *s/ Jeffrey J. Keyes*
          JEFFREY J. KEYES
          United States Magistrate Judge