UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re ST. JUDE MEDICAL, INC. SECURITIES LITIGATION )<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>)<br>) | Civ. No. 0:10-cv-00851-SRN-TNL<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT<br><br>DATE:     March 12, 2015<br>TIME:     3:30 p.m.<br>CTRM:   The Honorable<br>            Susan Richard Nelson |

1008187_1

Lead Plaintiff Building Trades United Pension Trust Fund respectfully moves this Court pursuant to Federal Rule of Civil Procedure 23 for an Order preliminarily approving the terms of the Settlement set forth in the Stipulation and Agreement of Settlement dated February 18, 2015 (the "Stipulation"); approving the form and manner of notice of the Settlement to the Class; and scheduling a final approval hearing date.

This motion is based on the supporting memorandum, the Stipulation and supporting exhibits, the papers and filings on record in this matter, and such additional evidence or argument as may be presented at the hearing.

DATED: February 26, 2015                    Respectfully submitted,

                                                            ROBBINS GELLER RUDMAN
                                                               &DOWD LLP
                                                               DENNIS J. HERMAN
                                                               MATTHEW S. MELAMED
                                                              ARMEN ZOHRABIAN
                                                              EKATERINI M. POLYCHRONOPOULOS

                                                                      s/ Dennis J. Herman
                                                                        DENNIS J. HERMAN

                                              Post Montgomery Center
                                              One Montgomery Street, Suite 1800
                                              San Francisco, CA  94104
                                              Telephone:  415/288-4545
                                              415/288-4534 (fax)
                                              dherman@rgrdlaw.com
                                              mmelamed@rgrdlaw.com
                                              azohrabian@rgrdlaw.com
                                              katerinap@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
ELLEN GUSIKOFF STEWART
X. JAY ALVAREZ
LUKE O. BROOKS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
elleng@rgrdlaw.com
jaya@rgrdlaw.com
lbrooks@rgrdlaw.com

Lead Counsel for Lead Plaintiff and the Class

ZIMMERMAN REED, P.L.L.P.
CAROLYN G. ANDERSON, No. 275712
BRIAN C. GUDMUNDSON, No. 336695
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone:  612/341-0400
612/341-0844 (fax)
Carolyn.Anderson@zimmreed.com
Brian.Gudmundson@zimmreed.com

Liaison Counsel for Lead Plaintiff and the Class