UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re ST. JUDE MEDICAL, INC. SECURITIES LITIGATION )<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>)<br>) | Civ. No. 0:10-cv-00851-SRN-TNL<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND THE PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS<br><br>DATE:     June 12, 2015<br>TIME:     11:00 a.m.<br>CTRM:   The Honorable Susan Richard Nelson |

1027188_1

Lead Plaintiff Building Trades United Pension Trust Fund hereby moves for final approval of class action settlement and plan of allocation of settlement proceeds. This Motion is based upon the Notice of Hearing, this Motion, the Memorandum of Law in Support thereof, the Declaration of Dennis Herman and exhibits thereto, the pleadings and records on file in this case, and such other matters and arguments as the Court may consider.

DATED:  May 8, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
MATTHEW S. MELAMED
ARMEN ZOHRABIAN
EKATERINI M. POLYCHRONOPOULOS


           s/ Dennis J. Herman
DENNIS J. HERMAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
mmelamed@rgrdlaw.com
azohrabian@rgrdlaw.com
katerinap@rgrdlaw.com

- 1 -

1027188_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
ELLEN GUSIKOFF STEWART
X. JAY ALVAREZ
LUKE O. BROOKS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
elleng@rgrdlaw.com
jaya@rgrdlaw.com
lbrooks@rgrdlaw.com

Lead Counsel for Plaintiff

ZIMMERMAN REED, P.L.L.P.
CAROLYN G. ANDERSON, No. 275712
BRIAN C. GUDMUNDSON, No. 336695
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone:  612/341-0400
612/341-0844 (fax)
Carolyn.Anderson@zimmreed.com
Brian.Gudmundson@zimmreed.com

Liaison Counsel